IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MELANIE SPENCE, As Guardian of the
Estate of Louie Bagwell, incapacitated;
and WILMA BAGWELL                                                    PLAINTIFFS

v.                       No. 3:19-cv-153-DPM

UNITED STATES OF AMERICA                                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2020